# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | DOCKET NO: 06-102-12 | MAGIS. NO: |
|---|---|---|
| V. JASON ERROL PERCIVAL | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED: Kevin Nixon | FILED JUL 30 2007 NANCY MAYER-WHITTINGTON, CLERK U.S. DISTRICT COURT |
| DOB:   PDID: | | |
| WARRANT ISSUED ON THE BASIS OF: INDICTMENT | DISTRICT OF ARREST | |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

CONSPIRACY TO COMMIT HOSTAGE TAKING RESULTING IN DEATH;

HOSTAGE TAKING RESULTING IN DEATH;

AIDING AND ABETTING AND CAUSING AN ACT TO BE DONE

| IN VIOLATION OF: | UNITED STATES CODE TITLE & SECTION: 18:1203(a); 18:1203(a); and 18:2 |
|---|---|

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: |
|---|---|
| | |

| ORDERED BY: MAGISTRATE JUDGE FACCIOLA | SIGNATURE (JUDGE/MAGISTRATE JUDGE) MAGISTRATE JUDGE JOHN M. FACCIOLA | DATE ISSUED: 9/20/06 |
|---|---|---|
| CLERK OF COURT: Nancy Mayer-Whittington | BY DEPUTY CLERK: | DATE: 9/20/06 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 9/20/2006 | NAME AND TITLE OF ARRESTING OFFICER JOHN M. LONG CI/DUSM U.S. MARSHALS | SIGNATURE OF ARRESTING OFFICER John M. Long |
|---|---|---|
| DATE EXECUTED 7/30/2007 | | |
| HIDTA CASE: Yes ___ No X | | OCDETF CASE: Yes ___ No X |

1218474