UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,          :

          Plaintiff,          :

          v.          :          Criminal Action No. __06-102-12__ (JDB)

__KEVIN NIXON__,          :          **FILED**

          Defendant.          :          AUG 0 2 2007

### ORDER

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Upon the oral motion of defendant _____KEVIN NIXON_____, and the consent and agreement of the government, the Court finds that, for the reasons stated in Court on this date, the interests and ends of justice are best served and outweigh the interests of the public and the defendant in a speedy trial, and accordingly it is ORDERED that pursuant to the provisions of the Speedy Trial Act of 1974, 18 U.S.C. § 3161, the time from ____8/2/07____ through and including ____11/15/07____, shall be excluded in computing the date for speedy trial in this case.

Dated: __August 2, 2007__

                                                      _____
                                                      JOHN D. BATES
                                                     United States District Judge

AGREED:

__Kevin Nixon__
Defendant

__Pleasant S. Brodnax III__
Defense Counsel

_____
Attorney for United States