# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Case No. 06-102 (JDB) |
| KEVIN NIXON ) | |
| Defendant. ) | |

## NOTICE OF APPEARANCE

COMES NOW the undersigned and asks the clerk of court to enter an appearance for the defendant as court-appointed counsel.

Respectfully submitted,

KEVIN NIXON
By Counsel

_____/s/_____
Pleasant S. Brodnax, III
MOFFITT & BRODNAX, Ltd.
The Mills Building, Suite 400
1700 Pennsylvania Avenue, NW
Washington, D.C., 20006
(202) 462-1100
valawyer@erols.com