IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** § § § § | |
| - vs - § | CRIMINAL No.   06-102 (JDB) |
| § § § | |
| **JASON ERROL PERCIVAL,** *el al.* § § | |
| Defendants. § § | |

### GOVERNMENT'S NOTICE OF AUTHORITY NOT TO SEEK DEATH PENALTY AGAINST CERTAIN DEFENDANTS

The United States of America provides notice hereby that the Attorney General of the United States has this day authorized the United States Attorney for the District of Columbia not to seek the death penalty in this matter against the following defendants:

Jason Errol Percival, also known as Soldier;

Anderson Straker, also known as Gypsy's Son, and Andy;

Wayne Pierre, also known as Ninja;

Kevin Nixon, also known as Shaka; and

Christopher Sealey, also known as Christopher Bourne, and Boyie.

       Respectfully submitted,

       JEFFREY A. TAYLOR (D.C. Bar No. 498610)
       United States Attorney

         /S/

By: _____
       BRUCE R. HEGYI (D.C. Bar No. 422741)
       Assistant United States Attorney
       Federal Major Crimes Section
       555 Fourth Street, N.W., Room 4848
       Washington, D.C.  20530
       (202) 305-9637
       (202) 353-9414 (fax)
       www.bruce.hegyi@usdoj.gov

       JEANNE M. HAUCH
       Assistant United States Attorney
       National Security Section
       555 Fourth Street, N.W., 11th Floor
       Washington, D.C.  20530