UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, :
        Plaintiff, :
        v. : Criminal Action No. 06-102 (JDB)
KEVIN NIXON, :
        Defendant. :

FILED
FEB 1 9 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

Upon the oral motion of defendant __KEVIN NIXON__, and the consent and agreement of the government, the Court finds that, for the reasons stated in Court on this date, the interests and ends of justice are best served and outweigh the interests of the public and the defendant in a speedy trial, and accordingly it is ORDERED that pursuant to the provisions of the Speedy Trial Act of 1974, 18 U.S.C. § 3161, the time from __2/19/08__ through and including __3/13/08__, shall be excluded in computing the date for speedy trial in this case.

Dated: __Feb. 19, 2008__

_____
JOHN D. BATES
United States District Judge

AGREED:

__Kevin Nixon__
Defendant

__Pleasant S. Brodnax III__
Defense Counsel

_____
Attorney for United States