**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Case No. 06-102 (JDB) |
| | ) |
| KEVIN NIXON, et al., | ) |
| | ) |

UNOPPOSED MOTION TO AMEND THE BRIEFING SCHEDULE

COMES NOW the undersigned and requests the Court to amend the briefing schedule by extending the due dates by two weeks. This request is joined by all defendants and is unopposed by the government. This motion does not seek to change any hearing dates. This case involves novel issues, including the need to obtain certain documents and witness testimony from Trinidad. Counsel are coordinating their efforts so as not to duplicate efforts. The proposed changes to the schedule are as follows: status hearing on July 1, 2008 remains unchanged; motions currently due on June 24, 2008 extended to due date of July 8, 2008; responses currently due on July 25, 2008 extended to due date of August 8, 2008; replies currently due on August 15, 2008 extended to due date of August 22, 2008; motions hearing on September 19, 2008 remains unchanged.

Respectfully submitted,

KEVIN NIXON
By Counsel

_____/s/_____
Pleasant S. Brodnax, III
MOFFITT & BRODNAX, Ltd.
The Mills Building, Suite 400
1700 Pennsylvania Avenue, NW
Washington, D.C., 20006
(202) 462-1100
valawyer@erols.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 20, 2008, I will electronically file the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to counsel of record.

                                                     _____/s/_____
                                                Pleasant S. Brodnax, III