**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Case No. 06-102 (JDB) |
| | ) |
| KEVIN NIXON, et al., | ) |
| | ) |

<u>ORDER</u>

This Court has considered the Defendant's Unopposed Motion to Amend the Briefing Schedule, and the entire record in this case, and it appears to the satisfaction of the Court that such relief should be granted.

Accordingly, it is, this _____ day of June, 2008,

ORDERED, that Defendant's motion is hereby GRANTED; and it is

FURTHER ORDERED that the status hearing scheduled for July 1, 2008 shall remain unchanged; motions are now due July 8, 2008; responses are due August 8, 2008; replies are due August 22, 2008; and the motions hearing scheduled for September 19, 2008 shall remain unchanged.

SO ORDERED.

_____
JOHN D. BATES
United States District Judge

Dated:_____