**STATEMENT**

Name CHRISTOPHER SEALEY   Sex Male   Age 32 years   D.O.B. 23/6/73

Occupation Shop Keeper   Address La Cana Road, Punta Cruz

Investigating Officer taking Statement No. 1315.P. WPC. MITCHELL - CAMPUS

Others present No.11602.Pt.RIDER, JUSTICE OF THE PEACE Mr. ASQUITH CREEK and
11691 PAVID SEALEY JNR.

Date 8 August 2006   Time Commenced 9.15pm   Place ACOUA POLICE STATION

---

I, MICHAEL BOURNE, also known as CHRISTOPHER SEALEY and BOYIE, wish to make a statement. I want someone to write down what I say. I have been told that I need not say anything unless I wish to do so and that whatever I say may be given in evidence. I have also been told that I have the right to retain a legal advisor Christopher Bourne

*signed* Christopher Bourne JP 8/8/06   SEB

On early January 2005 WAYNE PIERRE come and check me and say he have some stare line up who tell me how we to meet by Melowmodes. When we reach by Melowmodes everybody was dey, the soldiers and them.

CB + about the same man like which part he does be drinking in El Socoro and after the meeting by the bar they tell me to go across by the car. When we reach across to the car the soldier bring the two guns and handed it to me and after the drugs and

*signed* Michael Bourne 8-8-06
Christopher Bourne 8-8-06 SEB
*signed* 8/8/06

went down the road by Et Soeurs " CB
CB video and after we drive down
at Francies Et Soeurs he drive around and × CB
show we where the man is inside
the bar. After we leave and come
out the coffin and went inside the
bar and after we reach in the bar
I end up striking the man up.
Me and Steeve and after we
took him to the car Steeve was
driving the car went up Santa Cruz
and round him over to the man
dem call Soldier. After we
hand him over dey tele him
and go away with him. To
leave and went home and then
the Soldier come up the next
day me and the night be the gun
buy me and that be the gun
the flag had on that shirt and question CB
cf give off the other question the situation CB
want meh name to call. They
end up calling meh name and now I
do it and besides that I have a
witness who come and was there who
be come and collect the gun. After
that ninja come and tell meh that
the man died with one sickness
he had and he end up chopping
him up and throwing himself
everything in Ninja wars in he car
when he come and tell meh that.
Christopher Bourne 8-8-06

G.P. 70.—P190-50,000—/99   Stuart Sone 8-8-0-6  [illegible stamp]

Justice of the Peace
St. George East
8/8/06

# STATEMENT

Name........................................... Sex............ Age............
Occupation.................................... Address.......................
Investigating Officer taking Statement.......... Continued
Others present................................
Date............................. Time Commenced............... Place.......................

QUESTION: Do you know Wayne Pierre by any other name and where does he live?

ANSWER: Yeah, ninja and he live in Bourg Hattresse Santa Cruz and he went to school together and I use to see him in school.

QUESTION: What do you mean by school link up?

ANSWER: The end up coming up and showing men about the soldier and men and they were planning to kidnap the man for money and they were planning it by Melonoobs.

QUESTION: How much money was he talking about?

ANSWER: He was talking about (7) seven million dollars $7,000,000.00

QUESTION: Were you promise any share of the money?

ANSWER: They was just talking about the seven million and how to get it.

QUESTION: Where is Melonwood's?

ANSWER: That is by the Club in Bourg Mulaterss.

QUESTION: Who was at the meeting at the CB\* Christopher Bourne 8-8-06 \*Kevoos p\*\*\*06
Kevin Scott 8-8-06

Melanson \*\*\*
St. George East
\*\*\* 8/8/06

club?
Answer: It was no Santa Ninja and three soldiers.
Question: Do you know Santa boy any other name?
Answer: No. All I know is that he living somewhere in Santa Cruz.
Question: Describe the man in the bar?
Answer: It was an Indian, low hair slim will beard and thing.
Question: Did the soldier tell you anything about the men?
Answer: They say he used to fight was in Vietnam or something like that.
Question: Describe the soldiers who was at Melowwoods?
Answer: It had one that was taller than all the rest, dark, this hair was low. Next one he was making hand with ninja and he was not in the force and he get throw out of the force. He was brown skin, short, stought, muscular, the body and had a low cut. I know him by seeing him in Bourg Mulateress opposite ninja house Bouchanan Ninja would pass with him in the car. Then it have the next one he shelin the force he used to be firing whare they does fix radio and thing by Miquel and then opposite Melowwoods Christopher Bourne 8-8-06

M.C. 086/02 6/8/06  [signed] 8-8-06 DC Paul 8/8/06

S.P.Tr.70.—P.190-50.000—r 59

P.C.B

St. George East

**STATEMENT**

Name..................................... Sex.......... Age..........
Occupation............................. Address: continued
Investigating Officer taking Statement............................
Others present.....................................................
Date.................... Time Commenced............ Place............

and I use to pass and see him right through. He was short and had a round face, brown skin and strong built.

QUESTION: Do you know the driver?
ANSWER: Yeah, he name Sincy all oh we went to school together. He was older than me and he living up in Bravo Malateress by Ninth.

QUESTION: Does Binst have a car and describe it?
ANSWER: Yeah he have one a think it is a grey but oh don't know the number.

QUESTION: What do you mean by sticking him up and say how this was done?
ANSWER: Shaka was standing outside the road in front the club and I walk in and tell the man that we come for him and after I tell him loh we went. I had the gun in me hand that was a dummy gun it was empty.

QUESTION: What did the man do?
ANSWER: The man did not do anything

Christopher Bourne 8-8-06 [signature]
ph/h Scott 8-80-6
M.W. [signature] 8/8/06

Justice of the Peace 8/8/06 [signature]
St George East

he first walk and when we reach to the car STAKA put him inside the car and after I jump in and went up the road with Bruey. and the same soldier who was always with NINJA was sitting in a car once the road watching the scene.

QUESTION: when you was by Blackwoods and the soldier bring the gun. which one of the soldier was that?
ANSWER: the same soldier who was moving with ninja and living up by top CB.

QUESTION: the gun inside the car. the gun meh the gun inside the car.
QUESTION: who STAKA a gun too. showed you the gun.
ANSWER: the gun soldier who living up by NINJA B

QUESTION: when did you hear the man dead and how long after you leave of his death
ANSWER: it was [illegible] two or three weeks. oCB

QUESTION: when NINJA come ah hear he dead when NINJA come up by the shop and tell me the man dead and he on he hand. oCB
QUESTION: Did you receive any money
ANSWER: no.
QUESTION: and you kill the man?
ANSWER: did not kill no man and neh ah take part in it.

Christopher Bowers 8-8-0-6
[signatures/initials]

**STATEMENT**

Name............................................. Sex........... Age...........
Occupation.....................................
Address........................................ [signature]
Investigating Officer taking Statement.....................
Others present................................
Date........... Time Commenced........... Place...........

QUESTION: If you see the soldier who was riding with Musta all the time would you be able to identify him?

ANSWER: Yeah because he was set up with the guy Christopher.

Source 8-8-06  Sgt Greer S-8-06
Det JP 8/8/06  M. Crosson 8/8/06

The above statement has been read to me and I have been told that I can correct, alter or add anything I wish. This statement is true. I have made it of my own free will.

Christopher Bourne
8-8-06
Statement 8/8/06
        Sgt Greer S-8-06
              [stamp: Justice of the Peace, St. George]
              JPK Aird
              8/8/06

This is to certify that I was requested by the police at the Homicide Bureau of [illegible] when needed. On my arrival I noticed that #13155 WPC Greig #7657 PC Pinder, #__ PC __ young man have called Christopher Sealey and his father Hugh was the DPC Greene informed me she was investigating an incident of Murder and Michael Bourne was the Suspect. After being informed by the police Officers of Sgt Greer if I can speak to the Suspect which was can I speak to the Suspect

to which they complied. I then asked the suspect if he was threatened, pressured or promised anything to give the statement and he said no. He was given an opportunity to read the statement and he said he will do so told him he must object to give any statement and he indicated he wanted the police to write the statement. I then gave the statement and he verbally gave a statement and he wanted to see a WPC Corrine got the Statement form W.P.C Corrine appeared at the top and read the preamble to the suspect and she wrote it and I read the statement and she wrote it. The suspect escaped and related it. The suspect dictated his statement while WPC Corrine and I wrote. The suspect signed and dated it. The suspect also escaped escaped to certify a number which he needed to be proper and answered. She then asked an WPC to witness the suspect wrote as she read the brief or she read the brief to the suspect in the presence of her party. He said he was satisfied it correctly recorded his facts. He signed and dated below to PC Punch.

I thereafter packing up

Justice of the
St George East

**STATEMENT**

Name................................................ Sex.......... Age..........
Occupation..........................................................
Address.............................................................
Investigating Officer taking Statement..............................
Others present......................................................
Date........................ Time Commenced.................. Place..............

Signed and dated it. The Refused then wrote a Certificate from the Judges Rules to check again he signed and dated it further did disclosure PC Pinely and did like wise.

Agnela Duke
Justice of the peace
St. George East
8/8/06

Date ended 9:45pm on Tuesday 8th August 2006

Recorded by: Jomaine Mitchell 9098 AB
Witness 8/8/06

[signature]
Justice of the peace
St George East
8/8/06