UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**   ) | |
| ) | |
| ) | |
| v.   ) | |
| )   Case No.  06-102-12 (JDB) | |
| ) | |
| **KEVIN NIXON**   ) | |
| ) | |

### DEFENDANT'S REPLY TO GOVERNMENT'S MOTION
### TO RECONSIDER ORDER REGARDING DEPOSITIONS

COMES NOW Defendant Kevin Nixon, by counsel, and respectfully requests this Court decline the government's request to reconsider its Order, dated July 28, 2008, granting certain depositions for unavailable witnesses in the instant trial.  The proffered testimony in the sealed ex parte motion remains relevant and important testimony to the issue of identification of the assailants in the abduction at the Samaan Tree Bar.  The physical description given by each of the three witnesses is vastly dissimilar to the physical characteristics of the defendant.  Each witness was interviewed independently and gave similar descriptions. Each witness provided their description in matter of fact detail and did not waver regarding what they perceived. Interestingly, Mr. Nixon has neither lost weight nor height since the abduction at the bar.  Moreover, Zyroon Gajadhar's testimony at the prior trial is consistent with part of her description to the defense that one of the assailants was a

"tall person".  [6/5/07 PM Transcript, at 11/1].

WHEREFORE, the defendant requests the Court deny the government's motion to modify the previous Order regarding the taking of depositions.

                                        Respectfully submitted,

                                        KEVIN NIXON
                                        By Counsel

                                                  /s/
                                      _____
                                      Pleasant S. Brodnax, III
                                      1701 Pennsylvania Avenue, NW
                                      Suite 300
                                      Washington, D.C., 20006
                                      (202) 462-1100
                                      valawyer@erols.com

Case 1:06-cr-00102-JDB   Document 262   Filed 08/22/2008   Page 2 of 2