UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>)<br>v.   )<br>)     Case No.  06-102-12 (JDB)<br>)<br>**KEVIN NIXON** )<br>) | |

### MOTION TO JOIN AND ADOPT CODEFENDANT STRAKER'S MOTION TO SUPPRESS PHOTOGRAPHIC IDENTIFICATIONS

COMES NOW Defendant Kevin Nixon, by counsel, and respectfully requests this Court permit him to adopt and join the Motion to Suppress Identifications (Document No. 263) filed by his codefendant Anderson Straker.  As set forth in Straker's motion, the government footnoted in an opposition to motions previously filed that, due to an oversight, they have now realized there is identification evidence relating to defendants Straker and Nixon.  (Document No. 256).  Straker's motion sets forth the relevant case law pertaining to identification procedures and impermissible suggestivity. Nixon moves to join and adopt the motion as the same circumstances seemingly relate to both identifications and the granting of this motion will conserve judicial resources.

WHEREFORE, the defendant requests the Court permit him to join and adopt Straker's Motion to Suppress Identifications.

        Respectfully submitted,

        KEVIN NIXON
        By Counsel

              /s/
        _____
        Pleasant S. Brodnax, III
        1701 Pennsylvania Avenue, NW
        Suite 300
        Washington, D.C., 20006
        (202) 462-1100
        valawyer@erols.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that on August 25, 2008, I will electronically file the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to counsel of record.

                /s/
        _____
        Pleasant S. Brodnax, III